# THE MARKS LAW FIRM, P.C.

February 26, 2025

**FILED VIA ECF**
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 1506
New York, NY 10007

      **RE**:    **Altaune Brown v. New Wen Zhou Wireless, Inc., et al.**
              Index: 1:25-cv-00070-RA

Dear Judge Abrams,

      Pursuant to Section I(D) of Your Honor's Individual Part Rules ("Requests for Adjournments or Extensions of Time"), Plaintiff respectfully requests a thirty (30) day extension of the deadline to submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge, or (2) schedule an initial status conference from **March 2, 2025**, to **April 1, 2025**, in accordance with Your Honor's Order dated January 7, 2025 [Dkt. 5].

      The reason for this request is that our office has continued to discuss this matter with Alfred Lui, on behalf of Defendant, New Wen Zhou Wireless, who requires additional time to obtain litigation counsel and investigate the claims pertaining to this action. During these discussions, Mr. Lui also provided us with contact information for the property manager of Defendant, Wing Hee Condominium (the landlord of the subject premises). It should be noted that Plaintiff has attempted to contact Defendant, Wing Hee Condominium by mail and telephone in order to inform them of this litigation; however, we have not received a response to date.

      In light of the above, Plaintiff respectfully requests a thirty (30) day extension of the deadline to submit a joint letter. This is the first request of its kind to extend.

      Thank you for your attention to the above; please let us know if Your Honor requires any other information.

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
February 27, 2025

Respectfully Submitted,

The Marks Law Firm, P.C.

By: _____
     Bradly G. Marks

155 East 55th Street, Suite 4H, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com