UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTAUNE BROWN,<br><br>       Plaintiff,<br><br>   v.<br><br>NEW WEN ZHOU WIRELESS, INC., and WING HEE CONDOMINIUM INC.,<br><br>       Defendants. | 25-CV-70 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  On July 31, 2025, Plaintiff filed a Motion for Default Judgment against Defendants. On August 4, 2025, the Court ordered that Defendants show cause in a telephonic hearing on October 3, 2025 at 3:30 p.m. why a default judgment should not be entered in favor of Plaintiff for the relief sought in the Complaint. The Court further ordered that Defendants shall file any responsive papers by August 25, 2025. Counsel for Defendant Wing Hee Condominium Inc. filed a Notice of Appearance on August 31, 2025. To date, however, neither Defendant has filed any responsive papers to the Complaint or opposition to Plaintiff's Motion for Default Judgment. Defendants shall do so by September 29, 2025.

SO ORDERED.

Dated:  September 24, 2025
     New York, New York

                         Ronnie Abrams
                         United States District Judge