UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALTAUNE BROWN,

                Plaintiff,

        v.

NEW WEN ZHOU WIRELESS, INC., and WING HEE CONDOMINIUM INC.,

                Defendants.

25-CV-70 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

For the reasons stated in the Court's October 3, 2025 oral ruling, Plaintiff's motion for default judgment as against Wing Hee Condominium Inc. is denied, and the certificate of default as to Wing Hee Condominium Inc. is vacated. Plaintiff's motion for default judgment as against New Wen Zhou Wireless, Inc. is denied without prejudice, with leave to refile after resolution of Plaintiff's claims against Wing Hee Condominium Inc.

Wing Hee Condominium Inc. shall file any motion to dismiss by October 31, 2025. Plaintiff shall file any responsive papers by December 5, 2025. Wing Hee Condominium Inc. shall file any reply papers by December 15, 2025.

The Clerk of Court is respectfully directed to terminate the motion pending at ECF No. 22 and to vacate the certificate of default entered at ECF No. 20 as to Wing Hee Condominium Inc. The certificate of default as to New Wen Zhou Wireless Inc. shall stay on the docket.

SO ORDERED.

Dated:    October 6, 2025
            New York, New York

                                                                                     Ronnie Abrams
                                                                                       United States District Judge