UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTAUNE BROWN,<br><br>                    Plaintiff,<br><br>            v.<br><br>NEW WEN ZHOU WIRELESS, INC., and WING HEE CONDOMINIUM INC.,<br><br>                    Defendants. | 25-CV-70 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

　　IT IS HEREBY ORDERED that, by October 31, 2025, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

　　IT IS FURTHER ORDERED that, by November 7, 2025, the parties must submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter.

SO ORDERED.

Dated: October 6, 2025

New York, New York

_____
Ronnie Abrams

United States District Judge