**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
ALTAUNE BROWN,

                          Plaintiff,

          -against-                                                      **25 Civ. No. 0070 (RA) (GS)**

NEW WEN ZHOU WIRELESS, INC., *et*                                        **ORDER**
*al.,*

                          Defendants.
-------------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

          The Honorable Judge Abrams referred the undersigned for General Pretrial matters

on December 5, 2025.  (Dkt. No. 47).  On December 10, 2025, this Court ordered the parties

to submit "a joint status letter concerning the progress of discovery by no later than Friday,

January 30, 2026."  (Dkt. No. 48).  Upon review, neither party has filed anything on the

docket since December 12, 2025, and no party has submitted a status letter.  Accordingly,

the parties are hereby ordered to submit a joint status letter concerning the progress of

discovery in this action by no later than Friday, February 6, 2026.  SO ORDERED.

          **SO ORDERED.**

DATED:      New York, New York
            February 3, 2026

                                                   _____
                                                   The Honorable Gary Stein
                                                   United States Magistrate Judge