**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ALTAUNE BROWN,

                    Plaintiff,

           -against-

NEW WEN ZHOU WIRELESS, INC., *et al.*,

                  Defendants.
-----------------------------------------------------------------X

              **25 Civ. No. 0070 (RA) (GS)**

              <u>**VIDEO DISCOVERY**</u>
              <u>**CONFERENCE ORDER**</u>

**GARY STEIN, United States Magistrate Judge:**

    This action is scheduled for a Video Discovery Conference on **Wednesday, March 18, 2026 at 2:00 p.m.** to discuss Plaintiff's discovery requests. Counsel for the parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: <u>Click here to join the meeting</u>. **Meeting ID: [297 521 664 346 68]  Passcode: [Qn7dG6jJ]**

        **SO ORDERED.**

DATED:    New York, New York
           March 2, 2026

                            _____
                            The Honorable Gary Stein
                            United States Magistrate Judge