**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
ALTAUNE BROWN,

                      Plaintiff,

          -against-

NEW WEN ZHOU WIRELESS, INC.,
*et al.*,

                     Defendants.
-------------------------------------------------------------------------X

**25 Civ. No. 0070 (RA) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

On March 18, 2026, the Court held a video conference on Plaintiff's request for a discovery conference seeking, *inter alia*, an order compelling Defendant Wing Hee Condominium Inc. ("Wing Hee") to respond to Plaintiff's November 19, 2025 discovery requests (Dkt. No. 53). As discussed during the conference, Plaintiff's motion to compel is GRANTED and it is hereby ORDERED that:

Defendant Wing Hee shall provide its completed Rule 26 disclosures to Plaintiff by no later than March 27, 2026 and shall provide responses to Plaintiff's First Set of Interrogatories and First Requests for Production by no later than April 13, 2026.

      **SO ORDERED.**

DATED:    New York, New York
             March 18, 2026

                                     _____
                                     The Honorable Gary Stein
                                     United States Magistrate Judge