UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTAUNE BROWN,<br><br>                    Plaintiff,<br><br>          v.<br><br>NEW WEN ZHOU WIRELESS, INC., and WING HEE CONDOMINIUM INC.,<br><br>                    Defendant. | 25-CV-70 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

This case has been referred to Judge Stein for all pre-trial purposes.  In light of the amended case management plan filed at Dkt. No. 58, the post-fact discovery conference scheduled for April 17, 2026 is hereby adjourned until October 2, 2026 at 11:00 a.m.

SO ORDERED.

Dated:       April 7, 2026
             New York, New York

_____
Ronnie Abrams
United States District Judge