UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ALTAUNE BROWN,

                            Plaintiff,

                -against-

NEW WEN ZHOU WIRELESS, INC.,
*et al.*,

                        Defendants.
-------------------------------------------------------------------------X

**25 Civ. 0070 (RA) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's letter motion for a Local Rule 37.2 Conference (Dkt. No. 64) and Defendant Wing Hee's letter of discovery responses (Dkt. No. 66).  In light of the discovery submissions, Plaintiff shall file a short letter by no later than Thursday, April 30, 2026, indicating whether he is still seeking a Rule 37.2 conference in this action.

       **SO ORDERED.**

DATED:    New York, New York
           April 28, 2026

                                 _____
                                 The Honorable Gary Stein
                                 United States Magistrate Judge