**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

ALTAUNE BROWN,

                        Plaintiff,

           -against-

NEW WEN ZHOU WIRELESS, INC., *et al.*,

                     Defendants.

-----------------------------------------------------------------X

                         **25 Civ. No. 0070 (RA) (GS)**

                         <u>**VIDEO DISCOVERY**</u>
                         <u>**CONFERENCE ORDER**</u>

**GARY STEIN, United States Magistrate Judge:**

    This action is scheduled for a Local Rule 37.2 Discovery Conference on **<u>Friday, May 15, 2026 at 10:00 a.m.</u>** pursuant to Plaintiff's request at Dkt. No. 64 and the parties' subsequent dispute (*see* Dkt. Nos. 66, 68, 73). Counsel are directed to appear for the conference via Microsoft Teams using the following link: <u>Join the meeting now</u>. **[Meeting ID: 217 284 124 507 61] [Passcode: A7Dg3m9N]**

       **SO ORDERED.**

DATED:     New York, New York
             May 4, 2026

                                  _____
                                The Honorable Gary Stein
                                United States Magistrate Judge