**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ALTAUNE BROWN,

                        Plaintiff,

            -against-

NEW WEN ZHOU WIRELESS, INC., *et al.*,

                     Defendants.
------------------------------------------------------------------X

**25 Civ. 70 (RA) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

On May 15, 2026, the Court held a video conference with respect to Plaintiff's letter motion for a Local Rule 37.2 Conference (Dkt. No. 64) and subsequent letters from Plaintiff and Defendant Wing Hee Condominium Inc. on the issues presented therein (Dkt. Nos. 66, 68, 73).

Accordingly, and for the reasons discussed during the conference, it is hereby ORDERED that:

1. The parties shall meet and confer on the discovery orders entered by this Court during the conference and the remaining unresolved discovery requests by no later than Friday, May 22, 2026;

2. The parties shall file a joint status letter updating the Court on the progress of the discovery by no later than Wednesday, May 27, 2026; and

3. All interim discovery deadlines are hereby stayed pending submission of an updated Proposed Case Management Plan, which need not be submitted prior to the answer deadline for Defendant AUS 18 Realty Corp.

    **SO ORDERED.**

DATED:     New York, New York
             May 18, 2026

The Honorable Gary Stein
United States Magistrate Judge