UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTAUNE BROWN,

Plaintiff,

v.

NEW WEN ZHOU WIRELESS, INC. and WING HEE CONDOMINIUM INC.,

Defendants.

25-CV-70 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of ongoing discovery per the proposed second amended case management plan filed at Dkt. No. 102, the post-fact discovery conference scheduled for October 2, 2026 is hereby adjourned. The parties shall promptly update the Court upon completion of fact discovery.

SO ORDERED.

Dated: September 28, 2026
New York, New York

Ronnie Abrams
United States District Judge