MEMO ENDORSED


# MORTON S. MINSLEY

**Attorney at Law**

Admitted in both New York and New Jersey

101 Lafayette Street, 10th Floor, New York, New York 10013

Phone: 212-346-0849 Fax: 212-766-9798 E-Mail: Minsleylaw@me.com


19 October 2026

**Via ECF**

Application granted. The pre-settlement phone call is hereby adjourned to Thursday, October 29, 2026 at 4:00 p.m. Counsel are directed to join the call via the details in Dkt. No. 117. SO ORDERED.

Date: October 20, 2026

Gary Stein
United States Magistate Judge
Southern District of New York

Hon. Gary Stein
United States Magistrate Judge
US District Court, SDNY
40 Foley Square, Room 2203
New York NY 10007

Re: ALTAUNE BROWN v. NEW WEN ZHOU WIRELESS, INC., et. Al.
US District Court, SDNY DOCKET NO 1:25-cv-0070 (RA-GS)

Dear Judge Stein:

I am in receipt of the scheduling order at ECF 117 herein ordering a Pre-Settlement Conference Call for Wednesday, October 21, 2026 at 10:00 am. However, updating my calendar for this week I see that I have a previously scheduled in person conference in a separate case before Magistrate Judge Moses for the same date and time.

I am writing to request that the Pre-Settlement conference be rescheduled to a date next week, any day but Monday October 26, 2026. Note that Plaintiff in this case has already scheduled an inspection of the premises at 17 East Broadway for noon on October 21st and intends to go forward, and I have summary Judgement motions due on yet another case before Judge Subramanian on Friday October 23rd.

I have contacted both opposing Counsel to request consent to rescheduling. Mr. Marks originally wrote that he will leave this up to the Court, but now objects to the rescheduling. Ms. Milos has agreed to the rescheduling.

I therefore request that this procedural conference be adjourned and rescheduled to a date next week.

Thanking your Honor for your consideration, I am,

Respectfully,

Morton S. Minsley

MSM: mm
Cc: Bradly Marks, Esq.
Irina Milos, Esq.
Via ECF