**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

ALTAUNE BROWN,

Plaintiff,

-against-

NEW WEN ZHOU WIRELESS, INC., *et al.*,

Defendants.

---------------------------------------------------------------X

**25 Civ. No. 0070 (RA) (GS)**

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**GARY STEIN, United States Magistrate Judge:**

A settlement conference in this matter is scheduled for **Monday, November 23, 2026 at 1:00 p.m.** in Courtroom 9A, United States Courthouse, 500 Pearl Street, New York, New York. The parties shall consult and comply with the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. *Ex parte* settlement letters must be submitted to the Court no later than **Monday, November 16, 2026**.

**SO ORDERED.**

DATED: New York, New York
October 29, 2026

The Honorable Gary Stein
United States Magistrate Judge